B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Anello Heating & Air Conditioning Co. Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Anello Heating, Air Conditioning & Plumbing** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**04-3804037** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**51 Cleveland Street**<br>**Hackensack, NJ** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **07601** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bergen** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**455 Braen Avenue**<br>**Wyckoff, NJ** | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code **07481** | ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **51 Cleveland Street**<br>**Hackensack, NJ 07601** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) | Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Anello Heating & Air Conditioning Co. Inc.**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Anello Heating & Air Conditioning Co. Inc.** |

<b>Signatures</b>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ David S. Catuogno**
Signature of Attorney for Debtor(s)

**David S. Catuogno DC-1397**
Printed Name of Attorney for Debtor(s)

**Forman Holt Eliades & Ravin LLC**
Firm Name

**80 Route 4 East**
**Suite 290**
**Paramus, NJ 07652**

Address

**(201) 845-1000  Fax: (201) 845-9112**
Telephone Number

**February  2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Carl Anello**
Signature of Authorized Individual

**Carl Anello**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  2, 2010**
Date

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of New Jersey

In re    **Anello Heating & Air Conditioning Co. Inc.**                 ,     Case No. _____

                                      Debtor

                                                                    Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,248,307.88 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 568,575.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 435,381.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,989,459.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 1,248,307.88 | | |
| Total Liabilities | | | | 2,993,416.78 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of New Jersey

In re    **Anello Heating & Air Conditioning Co. Inc.** _____ ,    Case No. _____

Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Anello Heating & Air Conditioning Co. Inc.**                                    ,    Case No. _____
                                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Anello Heating & Air Conditioning Co. Inc.**                                     ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Freedom Bank (checking account)** | - | 0.00 |
| | | **North Jersey Community Bank (checking account)** | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **100.00**
(Total of this page)

_3_   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Anello Heating & Air Conditioning Co. Inc.** ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | **-** | **1,212,857.88** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **1,212,857.88**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Anello Heating & Air Conditioning Co. Inc.** ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevy Express G1 | - | 1,500.00 |
| | | 2006 Ford E150 | - | 3,700.00 |
| | | 2006 Chevy Express G2 | - | 2,900.00 |
| | | 2005 GMC Savana G25 | - | 2,600.00 |
| | | 2005 GMC Savana G25 | - | 2,600.00 |
| | | 2007 Chevy Express G2 | - | 5,600.00 |
| | | 2000 Ford E250 | - | 1,075.00 |
| | | 2002 GMC Savana G35 | - | 1,875.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment (51 Cleveland Street, Hackensack, NJ) | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Misc. Business Equipment (51 Cleveland Street, Hackensack, NJ) | - | 2,500.00 |
| 30. Inventory. | | Miscellaneous Inventory (51 Cleveland Street, Hackensack, NJ) | - | 10,000.00 |
| 31. Animals. | X | | | |

Sub-Total >    35,350.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Anello Heating & Air Conditioning Co. Inc.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 1,248,307.88 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Anello Heating & Air Conditioning Co. Inc.**                                    ,   Case No. _____

                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br>**Creditor #: 1**<br>**American Microloans**<br>**2115 Linwood Avenue, 4th Floor**<br>**Fort Lee, NJ 07024** | | - | | | **Accounts Receivable**<br><br><br>Value $          1,212,857.88 | | | | 15,484.84 | 0.00 |
| Account No.<br>**Creditor #: 2**<br>**Ford Motor Credit**<br>**Box 220564**<br>**Pittsburgh, PA 15257** | | - | | | **Auto Loan**<br>**2006 Ford E150**<br><br>Value $               3,700.00 | | | | 10,681.71 | 6,981.71 |
| Account No.<br>**Creditor #: 3**<br>**Ford Motor Credit**<br>**Box 220564**<br>**Pittsburgh, PA 15257** | | - | | | **Auto Loan**<br>**2006 Chevy Express G2**<br><br>Value $               2,900.00 | | | | 8,726.00 | 5,826.00 |
| Account No.<br>**Creditor #: 4**<br>**Ford Motor Credit**<br>**Box 220564**<br>**Pittsburgh, PA 15257** | | - | | | **Auto Loan**<br>**2007 Chevy Express G2**<br><br>Value $               5,600.00 | | | | 8,258.17 | 2,658.17 |

___1___ continuation sheets attached

Subtotal
(Total of this page)                              43,150.72        15,465.88

B6D (Official Form 6D) (12/07) - Cont.

In re   __Anello Heating & Air Conditioning Co. Inc._____,   Case No. _____
                                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Second Mortgage | | | | | |
| Creditor #: 5<br>Freedom Bank<br>550 Kinderkamack Road<br>Oradell, NJ 07649 | X | - | 51 Cleveland Street, 137 Kansas Street, Hackensack, NJ 07601 (Block 79, Lots 14, 15 & 12.02), Accounts Receivable, Inventory, etc. | | | | | |
| | | | Value $          1,500,000.00 | | | | 513,833.33 | 0.00 |
| Account No. | | | | | | | | |
| Kurt Hartmann, Esq.<br>Hartmann, Doherty et al.<br>65 Route 4 East<br>River Edge, NJ 07661 | | | Representing:<br>Freedom Bank | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | Auto Loan | | | | | |
| Creditor #: 6<br>GMAC<br>PO Box78234<br>Phoenix, AZ 85062 | | - | 2005 GMC Savana G25 | | | | | |
| | | | Value $          2,600.00 | | | | 4,046.15 | 1,446.15 |
| Account No. | | | Auto Loan | | | | | |
| Creditor #: 7<br>GMAC<br>PO Box78234<br>Phoenix, AZ 85062 | | - | 2005 GMC Savana G25 | | | | | |
| | | | Value $          2,600.00 | | | | 7,545.13 | 4,945.13 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 525,424.61 | 6,391.28 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 568,575.33 | 21,857.16 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Anello Heating & Air Conditioning Co. Inc.**                                      ,    Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **Anello Heating & Air Conditioning Co. Inc.**                              ,   Case No. _____
                                          **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx-xxx4037** <br><br> **Creditor #: 1** <br> **Internal Revenue Service** <br> **Special Procedures** <br> **P. O. Box 744** <br> **Springfield, NJ 07081** | - | | | **2008-2009** <br><br> **Taxes** | | | | **191,249.14** | **0.00** <br><br> **191,249.14** |
| Account No. <br><br> **US Attorney's Office** <br> **970 Broad Street** <br> **Newark, NJ 07102** | | | | **Representing:** <br> **Internal Revenue Service** | | | | **Notice Only** | |
| Account No. <br><br> **Creditor #: 2** <br> **Internal Revenue Service** <br> **Special Procedures** <br> **P.O. Box 744** <br> **Springfield, NJ 07081** | - | | | **Taxes - 9/30/09** | | | | **42,598.15** | **0.00** <br><br> **42,598.15** |
| Account No. **xxx-xx-4-037** <br><br> **Creditor #: 3** <br> **State of New Jersey** <br> **Division of Taxation** <br> **50 Barrack Street** <br> **P.O. Box 240** <br> **Trenton, NJ 08695** | - | | | **2009** <br><br> **Taxes** | | | | **8,082.67** | **0.00** <br><br> **8,082.67** |
| Account No. <br><br> **Office of the Attorney General** <br> **25 Market Street, 8th Fl, West Wing** <br> **Trenton, NJ 08625-0080** | | | | **Representing:** <br> **State of New Jersey** | | | | **Notice Only** | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | **0.00** |
| (Total of this page) | **241,929.96**   **241,929.96** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Anello Heating & Air Conditioning Co. Inc.**                          ,    Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 4 State of New Jersey Department of Labor P.O. Box 389 Trenton, NJ 08625-0389** | - | | **Wages, Fees & Penalties** | | | | 193,451.95 | 106,500.00 | 86,951.95 |
| Account No. **Office of the Attorney General 25 Market Street, 8th Fl, West Wing Trenton, NJ 08625-0080** | | | **Representing: State of New Jersey** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 193,451.95 | 106,500.00 |
| | | | 86,951.95 |
| | Total (Report on Summary of Schedules) | 435,381.91 | 106,500.00 |
| | | | 328,881.91 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Anello Heating & Air Conditioning Co. Inc.**    Case No. _____
_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xx0999**<br><br>**Creditor #: 1**<br>**Apex Copy Center, Inc.**<br>**8 Johnson Avenue**<br>**Hackensack, NJ 07601** | | - | | | **Business debt** | | | | 1,714.39 |
| Account No. **x3730**<br><br>**Creditor #: 2**<br>**Avenue Advertising**<br>**c/o Law Offices of Gilbert A. Moret**<br>**5430 East Beverly Blvd., Suite 250**<br>**Los Angeles, CA 90022** | | - | | | **Business debt** | | | | 1,511.40 |
| Account No. **xxx. xx. x5150**<br><br>**Creditor #: 3**<br>**Bertin Engineering Associates, Inc.**<br>**66 Glen Avenue**<br>**Glen Rock, NJ 07452** | | - | | | **Business Debt** | | | | 2,800.00 |
| Account No.<br><br>**Creditor #: 4**<br>**Blue Book of Building & Construction**<br>**c/o CrediSolve**<br>**PO Box 48439**<br>**Minneapolis, MN 55448** | | - | | | **Business debt** | | | | 2,635.68 |
| __8__    continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 8,661.47 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:26243-100105    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Anello Heating & Air Conditioning Co. Inc._____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 5<br>Boris Karpovski<br>c/o Aronsohn Weiner & Salerno PC<br>263 Main Street<br>Hackensack, NJ 07601 | | - | | | | | | 73,026.20 |
| Account No. xx-xx-xxx186-8 | | | | Business line of credit | | | | |
| Creditor #: 6<br>Columbia Bank<br>19-01 Route 208<br>Fair Lawn, NJ 07410 | | - | | | | | | 154,144.41 |
| Account No. xxxx4037 | | | | Business debt | | | | |
| Creditor #: 7<br>Columbia Bank<br>19-01 State Route 208<br>Fair Lawn, NJ 07410 | | - | | | | | | 13,553.50 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 8<br>Dale Group, Inc.<br>PO Box 6<br>Florham Park, NJ 07932 | | - | | | | | | 1,086.00 |
| Account No. xxx. xx. xxxxxx-xx6578 | | | | Business debt | | | | |
| Creditor #: 9<br>Dowling Fuel Co.<br>c/o James Mayer, Esq.<br>PO Box 35<br>Westwood, NJ 07675 | | - | | | | | | 1,314.22 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **243,124.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anello Heating & Air Conditioning Co. Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Creditor #: 10 Dufek Corporation 585 N. Michigan Avenue Kenilworth, NJ 07033 | - | | | | | | 279,300.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 11 EJA & Associates, Inc. c/o Glazer & Kamel 1207 East Grand Street, 3rd Fl Elizabeth, NJ 07201 | - | | | | | | 18,641.36 |
| Account No. | | | Representing: EJA & Associates, Inc. | | | | |
| Hatmaker & Associates 1156 South US Hwy 1 Vero Beach, FL 32962 | | | | | | | Notice Only |
| Account No. xxxxx8665 | | | Business debt | | | | |
| Creditor #: 12 FedEx Customer Info Services c/o American Bureau of Collections 1100 Main Street Buffalo, NY 14209 | - | | | | | | 723.03 |
| Account No. x1409 | | | Business debt | | | | |
| Creditor #: 13 Fuel Merchants Association of NJ PO Box 477 Springfield, NJ 07081 | - | | | | | | 400.00 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

299,064.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Anello Heating & Air Conditioning Co. Inc.** , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **x5823**<br><br>**Creditor #: 14**<br>**General Plumbing Supply, Inc.**<br>**P.O. Box 980**<br>**Edison, NJ 08818-0988** | - | | | **Business Debt** | | | | |
| | | | | | | | | 4,935.91 |
| Account No.<br><br>**Creditor #: 15**<br>**Gittleman, Muhlstock & Chewcaskie**<br>**2200 Fletcher Ave., 5th Floor**<br>**Fort Lee, NJ 07024** | - | | | **Professional fees** | | | | |
| | | | | | | | | 280.00 |
| Account No. **xx1834**<br><br>**Creditor #: 16**<br>**Homans Associates**<br>**PO Box 3311**<br>**Boston, MA 02241** | - | | | **Business debt** | | | | |
| | | | | | | | | 20,181.35 |
| Account No. **xxxxx5002**<br><br>**Creditor #: 17**<br>**Horizon Blue Cross Blue Shield of NJ**<br>**PO Box 1738**<br>**Newark, NJ 07101** | - | | | **Business debt** | | | | |
| | | | | | | | | 2,904.25 |
| Account No.<br><br>**Leib Solutions**<br>**20 E. Clementon Road, Suite 100 S**<br>**Gibbsboro, NJ 08026** | | | | **Representing:**<br>**Horizon Blue Cross Blue Shield of NJ** | | | | **Notice Only** |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,301.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Anello Heating & Air Conditioning Co. Inc.** ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3556** | | | Business debt | | | | |
| **Creditor #: 18** **Johnny On The Spot, Inc.** **3168 Bordentown Avenue** **Old Bridge, NJ 08857** | | - | | | | | 595.00 |
| Account No. | | | Business debt | | | | |
| **Creditor #: 19** **Krauss Plastics, Inc.** **86 Haist Avenue** **Woodbridge, Ontario** **L4L5V4** **Canada** | | - | | | | | 1,029.42 |
| Account No. | | | Professional fees | | | | |
| **Creditor #: 20** **Lapatka Associates** **12 Route 17 North, Suite 230** **Paramus, NJ 07652** | | - | | | | | 5,351.85 |
| Account No. **xxxxxxxxx xx. x5630** | | | Business debt | | | | |
| **Creditor #: 21** **Luce, Schwab & Kase, Inc.** **9 Gloria Lane** **P.O. Box 779** **Fairfield, NJ 07004** | | - | | | | | 3,980.28 |
| Account No. | | | Business debt | | | | |
| **Creditor #: 22** **McCauley Custom Homes, LLC** **c/o Jones & Jones Esqs.** **45 Essex Street** **Hackensack, NJ 07601** | X | - | | | | | 157,000.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

167,956.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anello Heating & Air Conditioning Co. Inc.**                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business debt | | | | |
| Creditor #: 23 MCN Distributors, Inc. c/o Goldman & Warshaw, P.C. PO Box 2500 Caldwell, NJ 07007 | | | | | | | | 45,003.79 |
| Account No. | | - | | Business debt | | | | |
| Creditor #: 24 Metro Supply Company 12 Andrews Drive Little Falls, NJ 07424 | | | | | | | | 3,580.51 |
| Account No. xxxx8509 | | - | | Business debt | | | | |
| Creditor #: 25 Mobile Mini, Inc. Attn: Collection Department 7420 S. Kyrene Road, Ste 101 Tempe, AZ 85283 | | | | | | | | 1,198.00 |
| Account No. | | - | | Business debt | | | | |
| Creditor #: 26 Monarch Electric Co. c/o Bressler Duyk 60 State Hwy 27 Edison, NJ 08820 | | | | | | | | 4,157.57 |
| Account No. | | - | | Business debt | | | | |
| Creditor #: 27 North Jersey Media Group c/o Alan M. Kapson, Esq. PO Box 1439 Melville, NY 11747 | | | | | | | | 5,884.51 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        59,824.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anello Heating & Air Conditioning Co. Inc.**                                        ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**AG Adjustments, Ltd.**<br>**740 Walt Whitman Road**<br>**PO Box 9090**<br>**Melville, NY 11747** | | | | **Representing:**<br>**North Jersey Media Group** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 28**<br>**Pipe Tools, Inc.**<br>**2835 Haddonfield Road**<br>**Pennsauken, NJ 08110** | | - | | **Business debt** | | | | **2,349.94** |
| Account No. **xxxx-xxx0-86-6** <br><br>**Creditor #: 29**<br>**Pitney Bowes**<br>**P.O. Box 856390**<br>**Louisville, KY 40285-6390** | | - | | **Business debt** | | | | **86.25** |
| Account No. <br><br>**Creditor #: 30**<br>**Poppe Contracting, Inc.**<br>**795 Susquehanna Ave.**<br>**Franklin Lakes, NJ 07417** | **X** | - | | **Business debt** | | | **X** | **900,000.00** |
| Account No. <br><br>**Perconti & Cook**<br>**886 Belmont Avenue**<br>**Haledon, NJ 07508** | | | | **Representing:**<br>**Poppe Contracting, Inc.** | | | | **Notice Only** |

Sheet no. __6___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **902,436.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anello Heating & Air Conditioning Co. Inc.**                    ,    Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx-x89-03** | | | | **Utilities** | | | | |
| **Creditor #: 31**<br>**PSE&G**<br>**P.O. Box 1444**<br>**Cranford, NJ 07016-0790** | | - | | | | | | **1,807.62** |
| Account No. | | | | **Accountant fees** | | | | |
| **Creditor #: 32**<br>**Roche Miseo**<br>**290 Cherry Hill Road, Ste 203**<br>**Parsippany, NJ 07054** | | - | | | | | | **3,700.00** |
| Account No. **xxx # xxx4716, xxx8410,xxx1355** | | | | **Business Debt** | | | | |
| **Creditor #: 33**<br>**Russell Reid**<br>**200 Smith Street**<br>**P.O. Box 130**<br>**Keasbey, NJ 08832** | | - | | | | | | **234.57** |
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 34**<br>**S.W. Anderson Sales Corp.**<br>**63 Daniel Street**<br>**Farmingdale, NY 11735** | X | - | | | | | | **250,977.72** |
| Account No. | | | | **Representing:** | | | | |
| **Daniel Font, Esq.**<br>**McElroy, Deutsch, Mulvaney &**<br>**Carpenter**<br>**1300 Mount Kemble Avenue**<br>**PO Box 2075**<br>**Morristown, NJ 07962** | | | | **S.W. Anderson Sales Corp.** | | | | **Notice Only** |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**256,719.91**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anello Heating & Air Conditioning Co. Inc.** ,  Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Creditor #: 35 Standard Tile Supply Co., Inc. 225 Route 46 Totowa, NJ 07512 | X | - | Business debt | | | | 4,479.12 |
| Account No.  David W. Novack, LLC 195 Route 46 West, Suite 11 Totowa, NJ 07512 | | | Representing: Standard Tile Supply Co., Inc. | | | | Notice Only |
| Account No.  Creditor #: 36 Tesser & Cohen 946 Main Street Hackensack, NJ 07601 | | - | Attorney fees | | | | 14,848.71 |
| Account No.  Creditor #: 37 United Water New Jersey 200 Old Hook Road Harrington Park, NJ 07640 | | - | Utilities | | | | 149.12 |
| Account No.  Creditor #: 38 Wainscot Media c/o Media Receiveable Management P.O. Box 320452 Tampa, FL 33679-2452 | | - | Business Debt | | | | 3,893.86 |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 23,370.81 |
| Total (Report on Summary of Schedules) | | 1,989,459.54 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Anello Heating & Air Conditioning Co. Inc.** ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cintas Corp.**<br>**546 Green Lane**<br>**Union, NJ 07083** | **Lease for uniforms** |
| **Financial Pacific Leasing**<br>**3455 S. 344th Way**<br>**Auburn, WA 98001** | **Lease of GPS tracking system** |
| **Mercedes Benz Financial**<br>**PO Box 9001680**<br>**Louisville, KY 40290** | **Lease of Mercedes GL 450 through June 2010** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re  **Anello Heating & Air Conditioning Co. Inc.**
_____,  Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anello & Abbruzzesi, LLC**<br>**51 Cleveland Street**<br>**Hackensack, NJ 07601** | **McCauley Custom Homes, LLC**<br>**c/o Jones & Jones Esqs.**<br>**45 Essex Street**<br>**Hackensack, NJ 07601** |
| **Carl J. Anello**<br>**450 Hartung Drive**<br>**Wyckoff, NJ 07481** | **Freedom Bank**<br>**550 Kinderkamack Road**<br>**Oradell, NJ 07649** |
| **Carl J. Anello**<br>**450 Hartung Drive**<br>**Wyckoff, NJ 07481** | **S.W. Anderson Sales Corp.**<br>**63 Daniel Street**<br>**Farmingdale, NY 11735** |
| **Carl J. Anello**<br>**450 Hartung Drive**<br>**Wyckoff, NJ 07481** | **Poppe Contracting, Inc.**<br>**795 Susquehanna Ave.**<br>**Franklin Lakes, NJ 07417** |
| **Carl J. Anello**<br>**450 Hartung Drive**<br>**Wyckoff, NJ 07481** | **Standard Tile Supply Co., Inc.**<br>**225 Route 46**<br>**Totowa, NJ 07512** |
| **Carl J. Anello**<br>**450 Hartung Drive**<br>**Wyckoff, NJ 07481** | **McCauley Custom Homes, LLC**<br>**c/o Jones & Jones Esqs.**<br>**45 Essex Street**<br>**Hackensack, NJ 07601** |
| **Carmelo Abbruzzesi**<br>**133 Highland Avenue**<br>**Bergenfield, NJ 07621** | **Freedom Bank**<br>**550 Kinderkamack Road**<br>**Oradell, NJ 07649** |
| **Carmelo Abbruzzesi**<br>**133 Highland Avenue**<br>**Bergenfield, NJ 07621** | **Poppe Contracting, Inc.**<br>**795 Susquehanna Ave.**<br>**Franklin Lakes, NJ 07417** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **Anello Heating & Air Conditioning Co. Inc.**
Debtor(s)

Case No.
Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**23**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February  2, 2010**

Signature   **/s/ Carl Anello**
**Carl Anello**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **Anello Heating & Air Conditioning Co. Inc.**        Case No. _____

Debtor(s)      Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$106,894.00** | **2009 Net Business Income** |
| **$184,665.00** | **2008 Net Business Income** |
| **$290,590.00** | **2007 Net Business Income** |

**2. Income other than from employment or operation of business**

None
■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

　　　　　AMOUNT　　　　　　　　　　SOURCE

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

　　　a.　*Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■    b.　*Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    c.　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3c** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **S.W. Anderson Sales Corp. v. Anello Heating & Air Conditioning Co., Inc. and Carl J. Anello, Docket No. BER-L-7505-09** | **Breach of Contract, Collection** | **Superior Court of New Jersey, Law Division, Bergen County** | **Final Judgment by Default enter 1/8/2010** |
| **Poppe Contracting, Inc. v. Anello Heating, Air Conditioning & Plumbing, et al., Doscket No. L-9183-09** | **Breach of Contract, Collection** | **Superior Court of New Jersey, Bergen County, Law Division** | **Summons and Complaint filed** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Standard Tile Supply Co., Inc. v. Anello Heating & Air Conditioning Co., Inc. and Carl Anello, Docket No. DC-033371-09** | **Breach of Contract, Collection** | **Superior Court of New Jersey, Bergen County, Law Division, Special Civil Part** | **Summons and Complaint filed** |
| **McCauley Custom Homes LLC and Ed McCauley v. Anello & Abbruzzesi, et al., Docket No. L-9699-09** | **Breach of Contract, Collection** | **Superior Court of New Jersey, Law Division, Bergen County** | **Summons and Complaint filed** |
| **Pipe Tools, Inc. v. Anello Heating & Air Conditioning, Docket No. SC-1999-09** | **Collection** | **Superior Court of New Jersey, Bergen County, Law Division, Special Civil Part** | **Judgment entered** |
| **Boris Karpovski v. Anello Heating & Air Conditioning Co. Inc., Docket No. BER-L-2286-08** | **Breach of Contract** | **Superior Court of New Jersey, Bergen County, Law Division** | **Judgment Entered** |
| **Freedom Bank v. Anello & Abbruzzesi, LLC, Anello Heating & Air Conditioning Co., Inc., and McCauley Custom Homes, LLC, Docket No. F-64466-09** | **Commercial Mortgage Foreclosure** | **Superior Court of New Jersey, Chancery Division, Bergen County** | **Summons and complaint filed** |
| **Freedom Bank v. Anello & Abbruzzesi, LLC, et als., Docket No. C-375-09** | **Collection** | **Superior Court of New Jersey, Chancery Division, Bergen County** | **Order to Show Cause (ret. 2/5/10)** |
| **Dowling Fuel Co. v. Anella & Abbruzzesi, LLC, Sam Anello, Carmelo Abbruzzesi d/b/a Reliable Mechanical Services, Docket No. DC-002361-10** | **Collection - Breach of Contract** | **Superior Court of New Jersey, Law Division, Special Civil Part, Bergen County** | **Complaint filed 1/20/2010** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit Box 220564 Pittsburgh, PA 15257** | **January 2010** | **2008 Ford E150** |
| **Ford Motor Credit Box 220564 Pittsburgh, PA 15257** | **January 2010** | **2008 Ford E150** |

4

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC**<br>**PO Box 78234**<br>**Phoenix, AZ 85062** | **January 2010** | **2005 GMC Sierra** |
| **Chase Automotive Financial**<br>**PO Box 5210**<br>**New Hyde Park, NY 11042** | **January 2010** | **2005 Chevy Silverado** |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Forman Holt Eliades & Ravin LLC**<br>**80 Route 4 East, Suite 290**<br>**Paramus, NJ 07652** | | **$5,000.00** |

5

### 10. Other transfers

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TD Bank** | **checking account** | **December 15, 2009** |

### 12. Safe deposit boxes

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

6

**15.  Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 10 Romanelli Avenue, S. Hackensack, NJ | Anello Heating & Air | 2006-2007 |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

**18 . Nature, location and name of business**

None

■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None

■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Theresa Mortellito**<br>**70 Chukanutt Drive**<br>**Oakland, NJ** | **May 2009- Present** |
| **Ray Faustini**<br>**376 Williams Road**<br>**Paramus, NJ** | **July 2008-May 2009** |
| **Carmine Abbruzzesi**<br>**133 Highland Avenue**<br>**Bergenfield, NJ** | **January 2005-July 2008** |

None

☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Roche Miseo Group** | **299 Cherry Hill Road**<br>**Parsippany, NJ** | **2007 - present** |
| **Levine & Humphries** | **25A Hanover Road**<br>**Florham Park, NJ** | **2005 - 2007** |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Theresa Mortellito** | **70 Chukanutt Drive**<br>**Oakland, NJ** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Freedom Bank**<br>**550 Kinderkamack Road**<br>**Oradell, NJ 07649** | **July 2009** |

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Carl J. Anello**<br>**450 Hartung Drive**<br>**Wyckoff, NJ 07481** | **President** | **70%** |
| **Carmelo Abbruzzesi**<br>**133 Highland Avenue**<br>**Bergenfield, NJ 07621** | **Vice President** | **30%** |

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Carmelo Abbruzzesi**<br>**133 Highland Avenue**<br>**Bergenfield, NJ 07621** | **Vice President** | **8/7/2009** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 2, 2010**  _____        Signature    **/s/ Carl Anello** _____

                                                                   **Carl Anello**
                                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Annello Heating Air Conditioning Co., Inc.**

**Statement of Financial Affairs**

**Question 3(c)**

| Name/Address of Creditor | Date of Payment | Amount |
|---|---|---|
| Carmine Abbruzzesi | | |
| 133 Highland Ave | 6/26/2009 | $1,040.00 |
| Bergenfield, NJ 07621 | 6/26/2009 | $1,500.00 |
| | 7/15/2009 | $3,000.00 |
| | 7/15/2009 | $188.81 |
| | 7/17/2009 | $350.00 |
| | **Total:** | **$6,078.81** |
| Carl J. Anello | 6/8/2009 | $200.00 |
| 450 Hartung Drive | 6/8/2009 | $800.00 |
| Wyckoff, NJ 07481 | 7/20/2009 | $150.00 |
| | 7/21/2009 | $2,500.00 |
| | **Total:** | **$3,650.00** |

# United States Bankruptcy Court
### District of New Jersey

In re   **Anello Heating & Air Conditioning Co. Inc.** _____   Case No. _____
                                                        Debtor(s)              Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   [Other provisions as needed]
   **(A) Analyze and discuss debtor's financial situation; prepare and file debtor's Chapter 7 petition, schedules, and statement of financial affairs;**
   **(B) Notify secured parties, attorneys and interested parties, if appropriate, of the filing and the effect of the automatic stay;**
   **(C) Represent debtor at one initial 11 U.S.C. § 341(a) meeting of creditors and provide requested documents to the trustee;**
   **(D) Interact with the trustee in connection with this proceeding; and**
   **(E) Provide general guidance in connection with the proceeding.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **(A) Defending adversary proceedings commenced by creditors or the trustee including, but not limited to, objections to debtor's discharge or the dischargeability of a debt.**
   **(B) Preparing complaints or motions to avoid a lien or judgment, appearing at pretrial conferences, and taking the matter through trial stage.**
   **(C) Preparing motions in support of the petition or to reduce or expunge a claim, demand turnover of assets, enforce recovery of assets, or similar affirmative or defensive relief; and related court appearances.**
   **(D) Preparing motions with respect to a creditor's violation of automatic stay; and related court appearances.**
   **(E) Defending motions to modify the automatic stay or dismiss debtor's case and related court appearances.**
   **(F) Preparing a motion to reopen debtor's case in the event debtor's case is closed without the issuance of a discharge.**
   **(G) Amending debtor's Schedules to add an asset, debt, creditor or exemption.**
   **(H) Attending an adjourned 11 U.S.C. § 341(a) meeting caused by debtor's failure to appear at the initial meeting.**
   **(I) Representing debtor in connection with a Reaffirmation Agreement.**
   **(J) Representing debtor in connection with a Rule 2004 subpoena for examination and/or production of documents.**
   **(K) Converting to a Chapter 11 or 13 case.**

In re    **Anello Heating & Air Conditioning Co. Inc.**                    Case No. _____
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February  2, 2010**                    **/s/ David S. Catuogno**
                                                    **David S. Catuogno DC-1397**
                                                    **Forman Holt Eliades & Ravin LLC**
                                                    **80 Route 4 East**
                                                    **Suite 290**
                                                    **Paramus, NJ 07652**
                                                    **(201) 845-1000   Fax: (201) 845-9112**

# United States Bankruptcy Court
### District of New Jersey

In re    **Anello Heating & Air Conditioning Co. Inc.**                           Case No.
                                                    Debtor(s)              Chapter          **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February  2, 2010**                          **/s/ Carl Anello**
                                                    **Carl Anello**/**President**
                                                    Signer/Title

AG Adjustments, Ltd.
740 Walt Whitman Road
PO Box 9090
Melville, NY 11747


American Microloans
2115 Linwood Avenue, 4th Floor
Fort Lee, NJ 07024


Anello & Abbruzzesi, LLC
51 Cleveland Street
Hackensack, NJ 07601


Apex Copy Center, Inc.
8 Johnson Avenue
Hackensack, NJ 07601


Avenue Advertising
c/o Law Offices of Gilbert A. Moret
5430 East Beverly Blvd., Suite 250
Los Angeles, CA 90022


Bertin Engineering Associates, Inc.
66 Glen Avenue
Glen Rock, NJ 07452


Blue Book of Building & Construction
c/o CrediSolve
PO Box 48439
Minneapolis, MN 55448


Boris Karpovski
c/o Aronsohn Weiner & Salerno PC
263 Main Street
Hackensack, NJ 07601


Carl J. Anello
450 Hartung Drive
Wyckoff, NJ 07481


Carmelo Abbruzzesi
133 Highland Avenue
Bergenfield, NJ 07621

Cintas Corp.
546 Green Lane
Union, NJ 07083


Columbia Bank
19-01 Route 208
Fair Lawn, NJ 07410


Columbia Bank
19-01 State Route 208
Fair Lawn, NJ 07410


Dale Group, Inc.
PO Box 6
Florham Park, NJ 07932


Daniel Font, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mount Kemble Avenue
PO Box 2075
Morristown, NJ 07962


David W. Novack, LLC
195 Route 46 West, Suite 11
Totowa, NJ 07512


Dowling Fuel Co.
c/o James Mayer, Esq.
PO Box 35
Westwood, NJ 07675


Dufek Corporation
585 N. Michigan Avenue
Kenilworth, NJ 07033


EJA & Associates, Inc.
c/o Glazer & Kamel
1207 East Grand Street, 3rd Fl
Elizabeth, NJ 07201


FedEx Customer Info Services
c/o American Bureau of Collections
1100 Main Street
Buffalo, NY 14209

Financial Pacific Leasing
3455 S. 344th Way
Auburn, WA 98001


Ford Motor Credit
Box 220564
Pittsburgh, PA 15257


Freedom Bank
550 Kinderkamack Road
Oradell, NJ 07649


Fuel Merchants Association of NJ
PO Box 477
Springfield, NJ 07081


General Plumbing Supply, Inc.
P.O. Box 980
Edison, NJ 08818-0988


Gittleman, Muhlstock & Chewcaskie
2200 Fletcher Ave., 5th Floor
Fort Lee, NJ 07024


GMAC
PO Box78234
Phoenix, AZ 85062


Hatmaker & Associates
1156 South US Hwy 1
Vero Beach, FL 32962


Homans Associates
PO Box 3311
Boston, MA 02241


Horizon Blue Cross Blue Shield of NJ
PO Box 1738
Newark, NJ 07101


Internal Revenue Service
Special Procedures
P. O. Box 744
Springfield, NJ 07081

Internal Revenue Service
Special Procedures
P.O. Box 744
Springfield, NJ 07081


Johnny On The Spot, Inc.
3168 Bordentown Avenue
Old Bridge, NJ 08857


Krauss Plastics, Inc.
86 Haist Avenue
Woodbridge, Ontario
L4L5V4
Canada


Kurt Hartmann, Esq.
Hartmann, Doherty et al.
65 Route 4 East
River Edge, NJ 07661


Lapatka Associates
12 Route 17 North, Suite 230
Paramus, NJ 07652


Leib Solutions
20 E. Clementon Road, Suite 100 S
Gibbsboro, NJ 08026


Luce, Schwab & Kase, Inc.
9 Gloria Lane
P.O. Box 779
Fairfield, NJ 07004


McCauley Custom Homes, LLC
c/o Jones & Jones Esqs.
45 Essex Street
Hackensack, NJ 07601


MCN Distributors, Inc.
c/o Goldman & Warshaw, P.C.
PO Box 2500
Caldwell, NJ 07007


Mercedes Benz Financial
PO Box 9001680
Louisville, KY 40290

Metro Supply Company
12 Andrews Drive
Little Falls, NJ 07424


Mobile Mini, Inc.
Attn: Collection Department
7420 S. Kyrene Road, Ste 101
Tempe, AZ 85283


Monarch Electric Co.
c/o Bressler Duyk
60 State Hwy 27
Edison, NJ 08820


North Jersey Media Group
c/o Alan M. Kapson, Esq.
PO Box 1439
Melville, NY 11747


Office of the Attorney General
25 Market Street, 8th Fl, West Wing
Trenton, NJ 08625-0080


Perconti & Cook
886 Belmont Avenue
Haledon, NJ 07508


Pipe Tools, Inc.
2835 Haddonfield Road
Pennsauken, NJ 08110


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285-6390


Poppe Contracting, Inc.
795 Susquehanna Ave.
Franklin Lakes, NJ 07417


PSE&G
P.O. Box 1444
Cranford, NJ 07016-0790

Roche Miseo
290 Cherry Hill Road, Ste 203
Parsippany, NJ 07054


Russell Reid
200 Smith Street
P.O. Box 130
Keasbey, NJ 08832


S.W. Anderson Sales Corp.
63 Daniel Street
Farmingdale, NY 11735


Standard Tile Supply Co., Inc.
225 Route 46
Totowa, NJ 07512


State of New Jersey
Division of Taxation
50 Barrack Street
P.O. Box 240
Trenton, NJ 08695


State of New Jersey
Department of Labor
P.O. Box 389
Trenton, NJ 08625-0389


Tesser & Cohen
946 Main Street
Hackensack, NJ 07601


United Water New Jersey
200 Old Hook Road
Harrington Park, NJ 07640


US Attorney's Office
970 Broad Street
Newark, NJ 07102


Wainscot Media
c/o Media Receiveable Management
P.O. Box 320452
Tampa, FL 33679-2452

# United States Bankruptcy Court
## District of New Jersey

In re    **Anello Heating & Air Conditioning Co. Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Anello Heating & Air Conditioning Co. Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  2, 2010**

Date

**/s/ David S. Catuogno**

**David S. Catuogno DC-1397**

Signature of Attorney or Litigant

Counsel for    **Anello Heating & Air Conditioning Co. Inc.**

**Forman Holt Eliades & Ravin LLC**

**80 Route 4 East**
**Suite 290**
**Paramus, NJ 07652**
**(201) 845-1000 Fax:(201) 845-9112**

**RESOLUTION OF SPECIAL MEETING OF BOARD
OF DIRECTORS OF ANELLO HEATING AND AIR CONDITIONING CO. INC.**

I hereby certify that at a special meeting of the Board of Directors of Anello Heating and Air

Conditioning Co. Inc., a corporation of the State of New Jersey held on the 1st day of February,

2010, the following resolutions were proposed and unanimously adopted by all Directors, (Carl J.

Anello):

> "Resolved that, in view of the financial condition of Anello Heating and Air
> Conditioning Co. Inc., a New Jersey corporation, its officers be and are
> hereby authorized to file a petition pursuant to Chapter 7 of the Bankruptcy
> Code and retain the services of the firm, Forman Holt Eliades & Ravin LLC,
> for the purposes of preparing, filing, and prosecuting a petition under
> Chapter 7 and to take all steps necessary and related thereto, and that Carl J.
> Anello, President, is hereby authorized to execute the petition and any other
> pleadings or documents he and counsel deem necessary in connection with
> the Chapter 7 proceeding of Anello Heating and Air Conditioning Co. Inc."

In certification hereof, I do set my hand and seal this 1st day of February, 2010.

Anello Heating and Air Conditioning Co. Inc.

By:   /s/ Carl J. Anello
        Carl J. Anello
        President

ATTEST:

/s/ Kimberly Salomon
Kimberly Salomon, Esq.
Attorney At Law
State of New Jersey

M:\PET\ANELLO\RESOLUTION OF SPECIAL MEETING OF BOARD.doc